IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Nuaman Abdulla Ahmed Al Noaimi and<br>Dr. Nader Mohammad Abdalla Obeid<br><br>    Plaintiffs,<br><br>v.<br><br>Najib Hassan Ahmad Zaid<br>a/k/a Gene H. Zaid,<br>JACAM Manufacturing, LLC,<br>JACAM Chemical Company, Inc.,<br>JACAM Manufacturing CHEMICALS<br>Complex, JACAM Chemicals, LLC,<br>JACAM Specialty Chemicals, LLC, and<br>JACAM Chemical Partners, Ltd.<br><br>    Defendants. | Case No. 11-cv-1156-EFM-KMH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby state that all claims asserted in this action, based upon the facts and circumstances alleged in the pleadings, have been settled and should be dismissed with prejudice. Pursuant to Fed. R. Civ. P. 41, the parties stipulate to the dismissal of the action with prejudice with each party to pay its own costs and attorneys' fees.

Dated: November 18, 2013

1

Approved by:

*/s/* Todd N. Tedesco
Mikel L. Stout, #05811
Todd N. Tedesco, #15652
Paige D. Pippin, #25485
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-267-6371
316-267-6345 (fax)

and

Larry D. Crow, Jr., #24116
205 S. Broadway, P.O. Box 96
620-278-3355
620-278-2097 (fax)

    *Attorneys for Defendants*


*/s/* Brandon T. Welch
Jason W. Graham, Georgia # 304595
Brandon T. Welch, Georgia #152409
Graham & Penman, LLP
17 Executive Park Drive, Ste. 115
Atlanta, Georgia 30329
404-835-9973
678-904-3110 (fax)

    *Pro Hac Vice*

and

Jennifer P. Kyner, #18107
Kyner Law, P.C.
4800 Rainbow Blvd., Ste. 200
Westwood, Kansas 66205-1932
913-491-3200
913-273-1200 (fax)

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notice of electronic filing to the following:

Jason W. Graham
T. Brandon Welch
Jennifer P. Kyner
*Attorneys for Plaintiffs*

/s/ Todd N. Tedesco